

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
CIVIL Telephone: (202) 879-1133 Website: www.dccourts.gov

OCT 11 2024

Superior Court of the
District of Columbia

Case No. ___2024 6443___

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Vincent Sterling Harrington
Indian tribal Government
**PLAINTIFF**          vs

Superior court's (Also)
United State of America
**DEFENDANT**

1313 New York ave NE
Address (No Post Office Boxes)

601 D st. NW
Address (No Post Office Boxes)

Washington D,C 2005
City    State    Zip Code

Washington. D.C 20530
City    State    Zip Code

240-848-7162
Telephone Number

202-252-6734
Telephone Number

_Email Address (optional)_          _Email Address (optional)_

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Judge Robert B, Rigsby sentence me
under a wrong name called Vincent J. Harrington, My
name in court system is Vincent Sterling harrington
I'm under Indian tribal Government, Also Judge Rigsby
charge my under social security number ████████ 2347
my actual social is ████████ 2347 Judge Rigsby
and Deputy clerk sign paperwork agreeing to the Regina Butter
her name (clerk) So am thing Judge Rigsby 800 trillion Dollars

2. What relief are you requesting from the Court? Include any request for money damages.

From Superior court and United States of
America for conpiracy to commit fraud
on Indian Government Enterprise Ein number 99-2873301
relief is pay my fine of 815 googolplex $500 trillion
because I Indian tribal Government and United State of America
have an treaty they broke

3. State any other information, of which the Court should be aware:

As an indian Government tribal Enterprise
I make my own law Am making $2,000 Government
bonds to be issue at $615 cemillion an bond
they violated and gave me an government ID
with an Fraudelent name I could use it to progress
that holded me up so that's violates my indian law
fining government $615,000,000 plex vridation of fraud the
United State of America the tribal indian Government is Fined.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_Vincent Sterling Harrington_
**SIGNATURE**

_10-11-2024_
**DATE**

Subscribed and sworn to before me this ____11____ day of ___Octobe___ 20 24.

_____
(Notary Public/Deputy Clerk)

2

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Vincent Sterling Harrington
_____
Plaintiff

vs.                                                                Case Number  **2024  6432**

United States of America
_____
Defendant

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Vincent Sterling Harrington
_____
Name of Plaintiff's Attorney

1313 new york ave NE
_____
Address

Wash D.C 2005
_____

_____
Telephone

_____ Clerk of the Court

By _____
                                    Deputy Clerk

Date _____10/11/2024_____

如需翻译，请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Dề có một bời dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오      ፕዘግቢ ትርፃሞ ለማግኘት (202) 879-4828  ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

<table>
<tr><td></td><td>Demandante</td></tr>
<tr><td>contra</td><td></td></tr>
<tr><td></td><td>Demandado</td></tr>
</table>

Número de Caso: _____

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

Por: _____

Dirección
_____                    Subsecretario

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역이 필요하시면 (202)879-4828로 연락주십시요     የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

Plaintiff(s): Indian Tribal Government

Case Number: 2024 6435

vs

Date: _____

Defendant(s): United State of America

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| **Name:** *(Please Print)* | **Relationship to Lawsuit** |
| **Firm Name:** | ☐ Attorney for Plaintiff |
| **Telephone No.:** DC Bar No.: | ☒ Self (Pro Se) |
| | ☐ Other: _____ |

**TYPE OF CASE:** ☐ Non-Jury ☒ 6 Person Jury ☐ 12 Person Jury
**Demand:** $15 googolplex Other: _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ FRIENDLY SUIT
☐ HOUSING CODE REGULATIONS
☐ QUI TAM
☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [x] False Arrest/Malicious Prosecution
- [x] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [x] Deceit (Misrepresentation)
- [x] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [x] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

_____
Date

CV-496/February 2023

Case 1:24-cv-03333    Document 1-2    Filed 11/26/24    Page 7 of 26

 **IRS**

# IRC Section 7871 – Treatment of Indian Tribes as States

Indian Tribes are treated as States for certain purposes of the Internal Revenue Code (IRC), as specified in IRC Section 7871.

## IRC Section and Treas. Regulation

- IRC Section 7871 – Indian tribal governments are treated as States for certain purposes.
- 26 CFR Section 305.7871-1 – The Internal Revenue Code provisions are listed and explained for which Indian tribal governments shall be treated as States, and subdivisions of Indian tribal governments shall be treated as political subdivisions of States

## Resources (Court Cases, Chief Counsel Advice, Revenue Rulings, Internal Resources)

- Public Law 97-473, Title II, Section 202(a) – created IRC Section 7871
- H.R. 3760 (97th Congress) – Indian Tribal Governmental Act of 1981
- Rev. Rul. 94-81 – discusses how various excise taxes apply to Indian tribal governments
- Montana v. Blackfoot Tribe of Indians (471 U.S. 759) – Indian statutes are read in favor of Indians with ambiguous provisions interpreted to their benefit
- Squire v. Capoeman (351 U.S. 1) – to be valid, tax law exemptions must be clearly expressed
- United States Trust Co. v. Helvering (307 U.S. 57) – tax exemptions don't rest upon implication
- Chickasaw Nation v. United States (534 U.S. 84) – when Congress enacts a tax exemption, it does so explicitly
- San Manuel Indian Bingo and Casino v. N.L.R.B. (475 F. 3d 1306) – [the Court] must allow an agency to limit a statutory phrase to its ordinary and plain meaning. In short, the Board could conclude that Congress didn't include an express exception for Indian tribes in the NLRA because no such exception was intended or exists.

## Analysis

The IRC includes certain exceptions applicable to States and their political subdivisions. Often, the language doesn't include Indian tribal governments and their political subdivisions.

Congress added IRC Section 7871 in 1982 and made it permanent in 1984. As modified, it allows an Indian tribe to be treated as a State for:

1. The income, estate, and gift tax deductions for charitable contributions;
2. The deduction for income taxes paid to State and local governments;
3. The tax on unrelated business income of certain colleges and universities;
4. The exclusion for certain accident and health plan payments
5. Eligibility for certain tax-deferred annuities; and
6. The taxes imposed on excess lobbying expenditures and prohibited transactions by public charities and private foundations;

Two additional purposes are included**:

1. The exclusion from tax exempt bond interest income; and
2. The exception for miscellaneous excise tax (chapters 31, 32, 33, and 36).

**These two purposes include additional restrictions that don't apply to States.

In general, Courts interpret ambiguous provisions in Indian statutes in favor of Indians. (Montana v. Blackfoot Tribe of Indians, 471 U.S. 759).

However, Courts are hesitant to interpret federal statutes as offering tax exemptions unless they are clearly expressed. See, for example, Squire v. Capoeman, United States Trust Co. v. Helvering, and Chickasaw Nation v. United States.

The Courts rely, primarily, on the plain language of the statute, unless legislative intent is clearly expressed to the contrary. If the terms aren't defined in the statute, the Court uses the ordinary meaning of the words used.

In the case, San Manuel Indian Bingo and Casino v. N.L.R.B., the Court ruled the N.L.R.B. correctly concluded that Congress didn't include an express exception for Indian tribes in the National Labor Relations Act because no such exception was intended or exists.

Likewise, the IRS ruled in Revenue Procedure 94-81 that Indian tribal governments were subject to the wagering excise tax and occupational tax assessed under Chapter 35 of the Code. The IRS stated that Section 4401(a)(1) and Section 4411(a) (parts of Chapter 35) weren't included among the purposes for which an Indian tribal government is considered a state. Therefore, the exceptions to those taxes provided to States under Section 4402(3) didn't apply to Indian tribes.

Besides the wagering excise taxes under Chapter 35 of the Code, Indian tribes generally aren't treated as States for other purposes not mentioned in Section 7871. Examples include, but are not limited to: employment taxes under Sections 3101 through 3512, and deferred compensation plans under Section 457.

## PD 256 - Quick Booking Form

CCN: 24 105932          PSA: 205          Domestic Violence: yes ☐ no ☑

| ARRESTEE DESCRIPTION | |
|---|---|

Defendant's Name at time of Arrest

HARRINGTON, Vincent

**TRUE NAME**

Shirt: Red canvas shorts

Pants/Dress: shorts

Coat/Jacket: NONE

Hat: NON

PDID

Social Security Number: ▮▮▮-347-▮▮

Date of Birth: ▮▮ 81

Defendant's Current Address: No fixed

| Race | Gender | Ethnicity | Birthplace |
|---|---|---|---|
| B | M | N/A | WASH. DC |

**Complexion**

Lgt. ☐ Med. ☐ Drk. ☒

Notable Scars/Tattoos:

**OFFENSE DATA**

Location of Offense: 2400 Foxhall Rd NW

Date of Offense: 7-10-24   Time of Offense: 2250

Location of Arrest: 2400 Foxhall Rd NW

Date of Arrest: 7-10-24   Time of Arrest: 2250

Arresting Officer: Stokes, W

| Rank | Badge Number | CAD |
|---|---|---|
| Ofc | 4350 | 5007 |

Transporting Officer:

| Rank | Badge Number | Call Sign |
|---|---|---|

| Eyes | BRN |
|---|---|

| Hair Type | Hair Color |
|---|---|
| | BLCC |

| Height | Weight |
|---|---|
| 5-7 | 130 |

Lead Charge: U.E

Additional Charge

Additional Charge

Additional Charge

| Impersonator | |
|---|---|
| Y | N |

| Interpreter | |
|---|---|
| Y | N |

**COMPLAINANT/WITNESS INFORMATION**

| Name | Address | DOB | Telephone No. |
|---|---|---|---|
| | | | |
| Name | Address | DOB | Telephone No. |
| | | | |

**LIVELY STATUTE**

Time Notification Made

Watch Commander Notified

Reason for Lively

Special Notations (i.e., hospital detail from scene, detective interview, etc., )

| Interview Begin Time | Interview End Time |
|---|---|

*************TO BE COMPLETED BY PRISONER PROCESSING PERSONNEL*************

| ARREST NUMBERS | NCIC | Warrant Number(s) | |
|---|---|---|---|
| | | (1) | (2) |
| Time Arrest Packaged Received | Time Live Scanned | Time Prints Returned | Time Pretrial Called |
| Time Transport Called | Dispatcher Number | Transport Unit | Time Transport Arrived | Transport Departure Time |

Revised 01/28/15/EDJ

Date/Time Printed: 7/12/2024  5:39:27PM          *Inmate Face Sheet # 1*

# 283700 - HARRINGTON, VINCENT J

Institution:  12 - CENTRAL DETENTION FACILITY (CDF)



| | | | |
|---|---|---|---|
| Record Status: | Active | FBI #: | |
| PDID Number: | 483245 | TID #: | 2537275 |
| Social Security #: | -2347 | Admission Type: | PRETRIAL ALL OTHER TYPE |
| US Marshal #: | 31760-007 | | |
| Commitment Date: | 7/11/24  18:57 | Committed By: | SUPERIOR COURT |
| Release Date: | | | |
| Release Type: | | | |

In Custody Of:

Booking Notes:

---

## Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | /1981 | Ethnicity: | AFRICAN AMERICAN |
| Birth Place: | | Education: | NORTHWESTERN SR. HIGH SCHOOL |
| Hair: | BLACK | | |
| Eyes: | BROWN | Address: | 2302 REYNOLDS PLACE, SE |
| Weight: | 136 | | |
| Complexion: | BLACK | | WASHINGTON, DC 20032 |
| Physical Description: | | | |
| Age At Booking: | 42 | | |
| Current Age: | 42 | | |
| Marital Status: | SINGLE | | |

Aliases:  *(No Alias Names)*
        , STER

### Spouse/Emergency Contact Information

| Name | Address | Phone | |
|---|---|---|---|
| HARRINGTON(MOTHER) | 3887 REYNOLDS PLACE, SE WASHINGTON, DC 20032 | 2026786781 | LOLITTA |
| SAME AS ABOVE | | 2026786781 | |
| LOLITTA HARRINGTON | 3887 REYNOLDS PLACE, SE WASHINGTON, DC 20032 | 2026786871 | |

---

## Charges

Number has to [ ? ] in order to file back taxes the EIN

medical company did fraud so they can block off snn # so they sng can error coolo so they can used snn they can use my indian Government unlimited by social Sercurity number

medical CDF in violation of Federal Drug Adminastraton sue the suppose owner of 2400 foxhall and and district palice for sending my EIN paper work to un authorize person that Government . civil Suit mail froud wire mail fraud Indian tribal Government v United States of America Ask for the back taxes for United state of America to do my Indian tribal Government number u suppose to see anyway with out or with a subpeonia u broke the treaty with Indian tribal Government

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  09-26-2024

Employer Identification Number:
99-5115486

Form:  SS-4

Number of this notice:  CP 575 A

PROTOTYPE 20DOLLARBILL BLUEINK
HYBRID
VALUE ASSET 815 GOOGOLPLEX
20 DOLLARBILL PROTOTYPE HYBRID
DISTRICT OF COLUMBIA, DC  20019

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 99-5115486.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

Taxpayers request an EIN for their business.  Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN.  If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

Your EIN request indicates that you are an Indian Tribal Government/Enterprise.
For information on products and services available, download Publication 3747, *Office
of Indian Tribal Governments (Brochure)*, from our Web site at www.irs.gov or call
1-800-TAX-FORM (1-800-829-3676) and request this publication.

Based on the information received from you or your representative, you must file
the following forms by the dates shown.

                Form 943                01/31/2026
                Form 944                01/31/2026
                Form 720                09/26/2024

Your Form 11C and/or 730 becomes due the month after your wagering starts.

After our review of your information, we have determined that you have not filed
tax returns for the above-mentioned tax period(s) dating as far back as 2000.  Please
file your return(s) by 10/11/2024.  If there is a balance due on the return(s),
penalties and interest will continue to accumulate from the due date of the return(s)
until it is filed and paid.  If you were not in business or did not hire any employees
for the tax period(s) in question, please file the return(s) showing you have no
liabilities.

If you have questions about the forms or the due dates shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

(IRS USE ONLY)    575A    09-26-2024  PROT  B  9999999999  SS-4

We assigned you a tax classification (corporation, partnership, etc.) based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

IMPORTANT INFORMATION FOR S CORPORATION ELECTION:
If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S, U.S. Income Tax Return for an S Corporation, must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, Election by a Small Business Corporation.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents or other payroll service providers, are available to assist you. Visit www.irs.gov/mefbusproviders for a list of companies that offer IRS e-file for business products and services.

**IMPORTANT REMINDERS:**

*  Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

*  Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*  Refer to this EIN on your tax-related correspondence and documents.

*  Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is PROT.  You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**United States of America**
Vs.

**JUDGMENT IN A CRIMINAL CASE**
(Incarceration / Probation)

**VINCENT J HARRINGTON**
DOB     1981

Case No. **2024 CMD 006200**
PDID No. **483245**

DCDC No. **283700**

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | Charge |
|---|---|---|
| 1 | Found Guilty - Plea | Unlawful Entry - Private Property |
| 2 | Found Guilty - Plea | Theft Second Degree |

## SENTENCE OF THE COURT

**Count 1 Unlawful Entry - Private Property** Sentenced to 180 day(s) incarceration, execution of sentence suspended as to all but 40 day(s), *Supervised Probation for 1 year(s), $50.00 VVCA, VVCA Due Date 09/04/2025

**Count Theft Second Degree** Sentenced to 180 day(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 1 year(s), $50.00 VVCA, VVCA Due Date 09/04/2025

**Credit for time served.**
**Count one and count two are consecutive to each other.**
**The sentence in this case is consecutive to the sentence in case 2024 CMD 006798.**
**The probation in this case is concurrent to the probation in case 2024 CMD 006798.**

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of
___40 DAYS___ . MANDATORY MINIMUM term of _____ applies.

The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:

Defendant is hereby ordered placed on probation - See-Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report by phone 2025857233 or by email rap.help@csosa.gov, if unable to report by those methods defendant must report in person to 633 Indiana Avenue, NW, 8ᵗʰ Floor, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have    ☐ have not been paid.    ☐ Appeal rights given    ☐ Gun Offender Registry Order Issued

☐ Advised of right to file a Motion to Suspend Child Support Order      ☐ Sex Offender Registration Notice Given

☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition      ☐ Voluntary Surrender

☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

| | |
|---|---|
| 6/16/22 | ROBERT R RIGSBY, CC2D4D |
| Date | Judge |

Entered by Clerk pursuant to Criminal Rule 32(f)

| | |
|---|---|
| 6/16/22 | Keaira Butler |
| Date | Deputy Clerk |

Received by DUSM: _____ Badge#: _____ Signature: _____ Date:_____ Time: _____
Printed Name

CDJCSPLIT.doc

conpiracy to
commit fraud

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
Vs.

**VINCENT J HARRINGTON**
DOB▮▮▮/1981

JUDGMENT IN A CRIMINAL CASE
(Incarceration / Probation)

Case No. **2024 CMD 006200**
PDID No. **483245**

DCDC No. **283700**

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | Charge |
|---|---|---|
| 1 | Found Guilty - Plea | Unlawful Entry - Private Property |
| 2 | Found Guilty - Plea | Theft Second Degree |

A TRUE COPY

TEST:_____ OCT 0 7 2024

Clerk, Superior Court of
the District of Columbia

By _____
Deputy Clerk

## SENTENCE OF THE COURT

**Count 1 Unlawful Entry - Private Property** Sentenced to 180 day(s) incarceration, execution of sentence suspended as to all but 40 day(s), *Supervised Probation for 1 year(s), $50.00 VVCA, VVCA Due Date 09/04/2025

**Count2Theft Second Degree** Sentenced to 180 day(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 1 year(s), $50.00 VVCA, VVCA Due Date 09/04/2025

**Credit for time served.**
**Count one and count two are consecutive to each other.**
**The sentence in this case is consecutive to the sentence in case 2024 CMD 006798.**
**The probation in this case is concurrent to the probation in case 2024 CMD 006798.**

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of __40 DAYS__ . MANDATORY MINIMUM term of _____ applies.

The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:

Defendant is hereby ordered placed on probation - See Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report by phone 2025857233 or by email rap.help@csosa.gov, if unable to report by those methods defendant must report in person to 633 Indiana Avenue, NW, 8th Floor, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ __100.00__    have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have    ☐ have not been paid.    ☐ Appeal rights given    ☐ Gun Offender Registry Order Issued

☐ Advised of right to file a Motion to Suspend Child Support Order    ☐ Sex Offender Registration Notice Given

☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition    ☐ Voluntary Surrender

☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

| | |
|---|---|
| _____9/4/24_____ | _Robert R. Rigsby_ |
| Date | ROBERT R RIGSBY, CC2D4D |
| | Judge |

Entered by Clerk pursuant to Criminal Rule 32(f)

| | |
|---|---|
| _____9/4/24_____ | Keaira Butler |
| Date | Deputy Clerk |

Received by DUSM: _____ Badge#: _____ Signature: _____ Date:_____ Time: _____
Printed Name

Judgment Page 2 of 2

CASE NUMBER: **2024 CMD 006200**
DEFENDANT: **VINCENT J HARRINGTON**



The Defendant is hereby placed on **\*Supervised Probation** for a term of    **1 year(s)**

## GENERAL CONDITIONS OF PROBATION

1. Obey all laws, ordinances, and regulations.
2. Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).
3. Permit your CSO to visit your place of residence.
4. Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. Obtain the permission of your CSO before you relocate from the District of Columbia.
6. Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication). You must not frequent a place where you know a controlled substance is illegally used or distributed.
7. You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.
8. Participate in and complete CSOSA's employment/academic program, if directed by your CSO.
9. Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.
10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO. A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1. Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.

2. Restitution of $ _____ in monthly installments of $_____ beginning _____
   ☐ The Court will distribute monies to: _____
   _____

3. ☑ See Attached Stay Away Form

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

**4. Other Special Conditions:**
Drug and mental health assessment and treatment as deemed appropriate by CSOSA.

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:   05-16-2024

Employer Identification Number:
99-3062281

Form:  SS-4

Number of this notice:  CP 575 A

LUMINITI L63804623I RESERVENOTE
VINCENTSHARRINGTON LAND DEEDOWNER
2400 FOXHALL RD NW OWNER       2347
IRS LAND DEED FORVINCENTSH, DC  20007

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

        Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 99-3062281.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

        Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

        When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN.  If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

        Your EIN request indicates that you are an Indian Tribal Government/Enterprise.
For information on products and services available, download Publication 3747, *Office
of Indian Tribal Governments (Brochure)*, from our Web site at www.irs.gov or call
1-800-TAX-FORM (1-800-829-3676) and request this publication.

        Based on the information received from you or your representative, you must file
the following forms by the dates shown.

                    Form 943                  01/31/2025
                    Form 944                  01/31/2025
                    Form 720                  05/16/2024

        Your Form 2290 becomes due the month after your vehicle is put into use.

        Your Form 11C and/or 730 becomes due the month after your wagering starts.

        After our review of your information, we have determined that you have not filed
tax returns for the above-mentioned tax period(s) dating as far back as 2013.    Please
file your return(s) by 05/31/2024.  If there is a balance due on the return(s),
penalties and interest will continue to accumulate from the due date of the return(s)
until it is filed and paid.  If you were not in business or did not hire any employees
for the tax period(s) in question, please file the return(s) showing you have no
liabilities.

HARRINGTON, Vincent S **DOB:** ▮▮/1981 (43 yo M) **Acc No.** 2007000096051

# Summary of Today's Visit

**Harrington , Vincent S**
**DOB:** ▮▮/1981 **Account No 2007000096051**
**Sex:Male Race:American Indian Ethnicity:Not**
**Hispanic or Latino**
**Preferred Language:English**
**10/09/2024 visit with Puya Jafari, MD**



Healthier for Healthier Communities

---

Summary of Today's Visit for - Harrington , Vincent S  DOB:08/15/1981  Account No: 2007000096051 MRN: 001364189
**Downtown Bid   1313 NEW YORK AVE NW   WASHINGTON, DC 20005-4701   202-508-0500**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*
. This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not
wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please
destroy this document and report it to the physician's office named above.

Unity Helath Care, INC
Homeless Outreach
425 2nd St NW,
Washington, DC 20001
(202) 393-1909

September 04, 2024
4:29:57 pm

# DC Department of Corrections
## Computation Certificate



| | | |
|---|---|---|
| **DCDC #:** 283700 | **Name:** HARRINGTON, VINCENT J | **PDID #:** 483245 |

**Booking #:** 2024-08527    **Admission type:** SENTENCED MISDEMEANOR

**Commitment Date:** 07/11/2024    **Sex:** M    **Height:** 5' 6"    **Weight:** 136

**Race:** BLACK    **DOB:** ▓▓/1981    **Location:** CENTRAL DETENTION FACILITY (CDF)

**Effective date:** 09/04/2024    **Proj. Rel. Date:** 09/22/2024    **Max Rel. Date:** 09/25/2024    **Good Time credit:** 3 day(s)

**Total Sentence:** 0 Year(s), 0 Month(s), 80 Day(s)    **Jail credit:** 58 day(s)

> **ALERT! Verify the amount of Good Time Credit applied.**

## Sentencing notes

2024 CMD 006798
Jail credit:
   07/10/24 - 08/17/24 = 39 days

2024 CMD 006200
Jail credit:
   06/24/24 - 06/25/24 = 02 days
   08/18/24 - 09/03/24 = 17 days
Good behavior = 03 days (09/04/24)

## Charges

**Case #:** 2024 CMD 006200    **Count:** 1    **Unlawful Entry**    **Prob Viol:** N    **Misdemeanor**
**SENTENCED AND SERVING**    This sentence is consecutive to 2024 CMD 006798, Count: 1
**Sentence:** 0 year(s), 0 month(s), 40 day(s)    **Jail Credit (days):** 19
**Sentence type:** CONSECUTIVE    **Sentence Status:** CONSECUTIVE SENTENCE
**Charge notes:** *180 days, ESS all but 40 days*

**Judge:** RIGSBY

| **OFF DATE** | **COMM DATE** | **SENT DATE** | **EFF DATE** | **DISCHG DATE** |
|---|---|---|---|---|
| 07/18/2024 | 07/18/2024 | 09/04/2024 | 09/04/2024 | |

**Case #:** 2024 CMD 006798    **Count:** 1    **Unlawful Entry**    **Prob Viol:** N    **Misdemeanor**
**SENTENCED AND SERVING**
**Sentence:** 0 year(s), 0 month(s), 40 day(s)    **Jail Credit (days):** 39
**Sentence type:** INITIAL    **Sentence Status:** CONSECUTIVE SENTENCE
**Charge notes:** *180 days, ESS all but 40 days*

**Judge:** RIGSBY

| **OFF DATE** | **COMM DATE** | **SENT DATE** | **EFF DATE** | **DISCHG DATE** |
|---|---|---|---|---|
| 07/11/2024 | 07/11/2024 | 09/04/2024 | 09/04/2024 | |

This conspiracy because
of the name Vincent S Harrington
on all court paper Judge knew
that's wrong

September 04, 2024
4:29:57 pm

# DC Department of Corrections
## Computation Certificate



| | | | | |
|---|---|---|---|---|
| DCDC #: **283700** | Name: **HARRINGTON, VINCENT J** | | PDID #: **483245** | |
| Booking #: **2024-08527** | Admission type: **SENTENCED MISDEMEANOR** | | | |
| Commitment Date: **07/11/2024** | | Sex: **M** | Height: **5' 6"** | Weight: **136** |
| Race: **BLACK** | DOB: ▮**1961** | Location: **CENTRAL DETENTION FACILITY (CDF)** | | |
| Effective date: **09/04/2024** | Prol. Rel. Date: **09/22/2024** | Max Rel. Date: **09/25/2024** | Good Time credit: | **3 day(s)** |
| Total Sentence: **0 Year(s), 0 Month(s), 80 Day(s)** | | | Jail credit: | **58 day(s)** |

| |
|---|
| **ALERT! Verify the amount of Good Time Credit applied.** |

Case #: **2024 CMD 006200**   Count: **2**   **Unlawful Entry**      Prob Viol: **N**   **Misdemeanor**
**SENTENCED - EXECUTION SUSPENDED**
Sentence:
Sentence type: .
Charge notes: *180 days, ESS all*

Jail Credit (days):
Sentence Status:

Judge: RIGSBY

| **OFF DATE** | **COMM DATE** | **SENT DATE** | **EFF DATE** | **DISCHG DATE** |
|---|---|---|---|---|
| 07/18/2024 | 07/18/2024 | | ᶠ | 09/04/2024 |

# Detainers

| | |
|---|---|
| Agency: | Detainer type: |
| Release Date: | Release Reason: |

## Prepared and Certified by:

_Tyra Holston_
(Print) Legal Instruments Examiner

_K. Proctor_
(Print) Lead LIE / Supervisor / CPO

Signature

Signature

9-4-24
Date Prepared

9/4/24
Date Certified

**Central Detention Facility**
1901 D Street, SE Washington, DC 20003
Fax:

*September 6, 2024*
Page 1
Lab Report

**VINCENT J HARRINGTON**
Male DOB: ▮▮▮/1981                    283700

Home: 283700

**07/11/2024 - Lab Report: Chlamydia/GC Amplification, RPR, Rfx Qn RPR/Confirm TP, HIV ...**
**Provider: Charles Sarbeng - DNP**
**Location of Care: Central Detention Facility**

Patient: VINCENT STER HARRINGTON
ID: 1100 283700
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Chlamydia/GC Amplification (183194)
 Chlamydia trachomatis, NAA
                    Negative                    Negative
 Neisseria gonorrhoeae, NAA
                    Negative                    Negative

Tests: (2) RPR, Rfx Qn RPR/Confirm TP (012005)
! RPR                    Non Reactive                    Non Reactive

Tests: (3) HIV Ab/p24 Ag with Reflex (083935)
! HIV Ab/p24 Ag Screen    Non Reactive            Non Reactive
    HIV-1/HIV-2 antibodies and HIV-1 p24 antigen were NOT detected.
    There is no laboratory evidence of HIV infection.
    HIV Negative

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 07/15/2024 5:06 PM

---

(1) Order result status: Final
Collection or observation date-time: 07/11/2024 18:59
Requested date-time:
Receipt date-time: 07/12/2024 00:00
Reported date-time: 07/15/2024 17:07
Referring Physician:
Ordering Physician: C SARBENG - (csarbeng)
Specimen Source:
Source: 1100
Filler Order Number: 19418406280 LAB
Lab site: Performed At: BN, Labcorp Burlington 1447 York Court, Burlington NC
272153361 Sanjai Nagendra MD    Phone: 8007624344

(2) Order result status: Final
Collection or observation date-time: 07/11/2024 18:59
Requested date-time:
Receipt date-time: 07/12/2024 00:00
Reported date-time: 07/15/2024 17:07
Referring Physician:
Ordering Physician: C SARBENG - (csarbeng)
Specimen Source:
Source: 1100
Filler Order Number: 19418406280 LAB
Lab site: Performed At: BN, Labcorp Burlington 1447 York Court, Burlington NC
272153361 Sanjai Nagendra MD    Phone: 8007624344

# HARRINGTON v. United States (1:24-cv-02403)

## District Court, District of Columbia

[🏷 Tags ▾] [🔔 Get Alerts (/alert/docket/toggle/) ▾]

[⧉ View on PACER (https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?271863) ▾]

Last Updated: Sept. 18, 2024, 12:22 p.m.

Assigned To: Timothy James Kelly (/person/8589/timothy-james-kelly/)

Citation: HARRINGTON v. United States, 1:24-cv-02403, (D.D.C.)

Date Filed: Aug. 19, 2024

Date of Last Known Filing: Sept. 18, 2024

Cause: 28:1345 Property Ejectment (/?type=r&cause="28:1345 Property Ejectment")

Nature of Suit: 230 Rent Lease & Ejectment (/?type=r&nature_of_suit="230 Rent Lease & Ejectment")

Jury Demand: None (/?type=r&q=juryDemand:"None")

Jurisdiction Type: U.S. Government Defendant

▦ Docket Entries (/docket/69057425/harrington-v-united-states/)

👥 Parties and Attorneys (/docket/69057425/parties/harrington-v-united-states/)

## 👤 Defendant

| UNITED STATES OF AMERICA | REPRESENTED BY | Brian J. Levy |
| | | 📞 (202) 252-6734 |
| | | Brian J. Levy<br>601 D St. NW<br>Doj-Usao<br>Washington, DC 20530 |
| | | *ATTORNEY TO BE NOTICED* |

## 👤 Plaintiff

| VINCENT STERLING HARRINGTON | REPRESENTED BY | VINCENT STERLING HARRINGTON |
| | | 📞 (771) 216-4008 |
| | | Vincent Sterling Harrington<br>2000 Massachusetts Ave., NW<br>Washington, DC 20036 |