# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT STERLING HARRINGTON<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civil Action No. 24-3333 (TJK) |

## MEMORANDUM

On December 23, 2024, Defendant filed a motion to dismiss. The next day, the Court entered a *Fox* Order ordering Plaintiff to respond by January 7, 2025, and if not, advising him that the Court may treat Defendant's motion as conceded and dismiss the case. A copy of that order was sent to Plaintiff's address of record. Over two months past that deadline, Plaintiff has not opposed the motion or requested additional time to do so. Moreover, Plaintiff has filed nothing on the docket since the case was removed in November 2024. Thus, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice. A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: March 18, 2025